# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
                                      §
WILLIE J. MOORE                       §    Case No. 16-15234
                                      §
                                      §
           Debtor                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 77,050.00 *(Without deducting any secured claims)* | Assets Exempt: 21,775.00 |
| Total Distributions to Claimants: 11,741.67 | Claims Discharged Without Payment: 141,718.41 |
| Total Expenses of Administration: 2,251.09 | |

3) Total gross receipts of $ 13,992.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,992.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 77,665.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,251.09 | 2,251.09 | 2,251.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,493.00 | 47,018.08 | 47,018.08 | 11,741.67 |
| **TOTAL DISBURSEMENTS** | $ 152,158.00 | $ 49,269.17 | $ 49,269.17 | $ 13,992.76 |

4) This case was originally filed under chapter 7 on 05/04/2016 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2017          By: /s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 HONDA ACCORD MILEAGE: 90,000 | 1129-000 | 5,926.00 |
| NORTHWESTERN MUTUAL - WHOLE LIFE POLICY | 1129-000 | 8,066.76 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,992.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JPMorgan Chase, P.O. Box 24696 Columbus, OH 43224 | | 77,665.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 77,665.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,149.28 | 2,149.28 | 2,149.28 |
| Peter N. Metrou | 2200-000 | NA | 30.15 | 30.15 | 30.15 |
| Associated Bank | 2600-000 | NA | 71.66 | 71.66 | 71.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,251.09 | $ 2,251.09 | $ 2,251.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P. O. Box 982238 El Paso, TX 79998-2235 | | 3,804.00 | NA | NA | 0.00 |
| | Chase, P.O. Box 15298 Wilmington, DE 19850-5298 | | 24,973.00 | NA | NA | 0.00 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 38,335.00 | 39,228.44 | 39,228.44 | 9,796.39 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 4,909.00 | 5,057.98 | 5,057.98 | 1,263.11 |
| 4 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 345.00 | 443.88 | 443.88 | 110.85 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 2,127.00 | 2,287.78 | 2,287.78 | 571.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 74,493.00 | $ 47,018.08 | $ 47,018.08 | $ 11,741.67 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-15234 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WILLIE J. MOORE | | | | Date Filed (f) or Converted (c): | 05/04/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/07/2016 |
| For Period Ending: | 02/13/2017 | | | | Claims Bar Date: | 10/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 620 ALLEN STREET JOLIET IL 60436-0000 WILL | 92,000.00 | 92,000.00 | | 0.00 | FA |
| 2. 2008 HONDA ACCORD MILEAGE: 90,000 | 6,900.00 | 6,900.00 | | 5,926.00 | FA |
| 3. MISC HOUSEHOLD GOODS, APPLIANCES & FURNISHINGS | 375.00 | 0.00 | | 0.00 | FA |
| 4. CELL PHONE, TELEVISION, COMPUTER, PRINTER, SCANNER | 300.00 | 0.00 | | 0.00 | FA |
| 5. MISC EVERYDAY CLOTHING | 375.00 | 0.00 | | 0.00 | FA |
| 6. 1 DOG | 50.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 35.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCOUNT WITH CHASE BANK # 3427 | 700.00 | 0.00 | | 0.00 | FA |
| 9. UBS ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2015 TAX REFUND FEDERAL | 1,916.00 | 0.00 | | 0.00 | FA |
| 11. NORTHWESTERN MUTUAL - WHOLE LIFE POLICY | 8,000.00 | 8,066.76 | | 8,066.76 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $110,651.00 | $106,966.76 | | $13,992.76 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of equity in vehicle 7/11/2016. Motion to approve settlement granted 8/12/2016 see Dkt# 12. TFR submitted 12/12/2016.

| RE PROP # | 2 | -- | Liquidation of equity in vehicle per court approval 8-12-2016 Doc#17. |
| RE PROP # | 11 | -- | Liquidation of non-exempt life insruance policy. Debtor claimed exempt but it was discovered by trustee that not exempt. |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-15234 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: WILLIE J. MOORE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5694 |
| | Checking |
| Taxpayer ID No: XX-XXX4065 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/16 | 2 | Willie J. Moore<br>Debtor's Address | Liquidation proceeds from Sch B Property<br>Proceeds from Settlement on Auto per court approval 8-12-2016 | 1129-000 | $5,926.00 | | $5,926.00 |
| 08/16/16 | 11 | Willie J. Moore<br>Debtor's address | Liquidation proceeds from Sch B Property<br>Liquidation of Life Insurance Policy Equity | 1129-000 | $8,066.76 | | $13,992.76 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.73 | $13,982.03 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.11 | $13,961.92 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.76 | $13,941.16 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.06 | $13,921.10 |
| 01/23/17 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $2,179.43 | $11,741.67 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($2,149.28) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($30.15) | 2200-000 | | |
| 01/23/17 | 1002 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 1 representing a payment of 24.97 % per court order. | 7100-000 | | $571.32 | $11,170.35 |

Page Subtotals: $13,992.76    $2,822.41

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-15234 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: WILLIE J. MOORE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5694 |
| | Checking |
| Taxpayer ID No: XX-XXX4065 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/17 | 1003 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 2 representing a payment of 24.97 % per court order. | 7100-000 | | $9,796.39 | $1,373.96 |
| 01/23/17 | 1004 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 3 representing a payment of 24.97 % per court order. | 7100-000 | | $1,263.11 | $110.85 |
| 01/23/17 | 1005 | DELL FINANCIAL SERVICES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC 29603-0390 | Final distribution to claim 4 representing a payment of 24.97 % per court order. | 7100-000 | | $110.85 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,992.76 | $13,992.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,992.76 | $13,992.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,992.76 | $13,992.76 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*      Page Subtotals:      $0.00      $11,170.35

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5694 - Checking | $13,992.76 | $13,992.76 | $0.00 |
|  | $13,992.76 | $13,992.76 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $13,992.76 |
| Total Gross Receipts: | $13,992.76 |